UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALLAH,

        Plaintiff,

v.

SEATTLE POLICE DEPT., et al.,

        Defendants.

CASE NO. C05-371-MJP

ORDER

The Court, having reviewed the Plaintiff's Complaint, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, Plaintiff Allah's Objections to the Report and Recommendation (Dkt. No. 13), Plaintiff Allah's Proposed Order (Dkt. No. 14), and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The matter is **DISMISSED** without prejudice;

(3) The Clerk is directed to send a copy of this Order to Plaintiff and the Hon. Monica J. Benton.

DATED this 30th day of December, 2005.

Marsha J. Pechman
United States District Judge

ORDER
PAGE - 1